IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

RE

ILEANA LUGO MUNIZ

DEBTOR

CASE NO. 10-02721
CHAPTER 13

## MOTION REQUESTING EXTENSION OF TIME
## TO SUBMIT CERTIFICATION CONCERNING DEBT COUNSELING
## BY INDIVIDUAL / JOINT DEBTOR

TO THE HONORABLE COURT:

COMES NOW the undersigned counsel and respectfully ALLEGE and PRAY as follows:

1. According sect 109(h) of the 2005 Bankruptcy Court, there is a requirement, to file a Certification concerning Debt Counseling by Individual/Debtor.

2. That debtor has a notice of money collection and foreclosure from Law Suit by Banco Santander, case number JCD2010-0170, in the Court of First Instance of Ponce, PR.

3. It is requested to this Honorable Court an extension of 30 days to file or submit Certification concerning Debt Counseling by Individual / Joint Debtor.

WHEREFORE, it is respectfully requested of this Honorable Court to grant the foregoing motion.

IN SAN JUAN, PUERTO RICO, this 6th day of April of 2010.

I HEREBY CERTIFY: that a true and exact copy of the foregoing motion has been sent to Mrs. Monsita Lecaroz Arribas to her address of record and to all creditors listed at the attached Master Address List.

**/s/RODOLFO R. HERNANDEZ RAMOS**

Rodolfo R. Hernandez Ramos Law Office
USDC PR 118012
P.O. Box 19-3997
San Juan, Puerto Rico 00918-3997
Tels : 764-3646 & 250-0176
Fax : 764-9398
rodolfohernandezesq@yahoo.com

**LUGO MUNIZ, ILEANA**
HC01 BOX 8713
PENUELAS, PR  00624


**Rodolfo R. Hernandez Ramos**
P O BOX 193997
SAN JUAN, PR  00919-3997


**BANCO SANTANDER**
PO BOX 191080
SAN JUAN, PR  00936


**BBVA**
P O BOX 364745
SAN JUAN, PR  00936


**BPPR**
PO BOX 366818
SAN JUAN, PR  00936-6818


**FIRST BANK**
PO BOX 9146
SAN JUAN, PR  00908-0146


**INTERNAL REVENUE SERVICES**
P.O. BOX 16236
PHILADELPHIA, PA  19114


**RELIABLE FINANCIAL SERVICES**
P.O. BOX 21382
SAN JUAN, PR  00928