IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

ILEANA LUGO MUNIZ

XXX-XX-6926

Debtor(s)

CASE NO. 10-02721 MCF

Chapter 13

FILED & ENTERED ON 04/16/2010

**ORDER**

Debtor's Motion Requesting Extension of Time to file Credit Counseling (docket entry #9), is hereby DENIED. Debtor to show cause within fourteen (14) days why case should not be dismissed for failure to comply with 11 USC Sec 109(h)(3).

SO ORDERED.

Ponce, Puerto Rico, this 16 day of April, 2010.

*Mildred Cabán*

MILDRED CABAN FLORES
U.S. Bankruptcy Judge

C: DEBTOR
RODOLFO R HERNANDEZ RAMOS
ALEJANDRO OLIVERAS RIVERA